**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Lewis Dean GIBSON, a/k/a Sld Dft 3,
a/k/a Dean Forney, Defendant–
Appellant.**

No. 03–6545.

United States Court of Appeals,
Fourth Circuit.

Submitted May 29, 2003.

Decided June 6, 2003.

Lewis Dean Gibson, Appellant Pro Se. Thomas Richard Ascik, Office of the United States Attorney, Asheville, North Carolina, for Appellee.

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Lewis Dean Gibson appeals the district court's order denying his post-trial motion to dismiss the indictment under Fed. R.Crim.P. 12(b)(2). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Gibson,* No. CR–97–310 (W.D.N.C. filed Mar. 6, 2003 & entered Mar. 25, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*